FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA 01 AUG 27 AM 8: 25
NORTHEASTERN DIVISION  U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

AUG 27 2001

| | | |
|---|---|---|
| TRACY G. ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV -99-C-0366-NE |
| | ) | |
| LT. PATRICK ROBINSON & | ) | |
| OFFICER JEFFERY BALDWIN, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 12, 2001, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on July 27, 2001, [Doc. #55] and July 30, 2001, [Doc. #56].

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 24th day of _August_, 2001.

_U. W. Clemon_
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

57